# UNITED STATES DISTRICT COURT
# DISTRICT OF NEVADA

GAIL WELTE,

    Plaintiff(s),

v.

WALMART, INC., et al.,

    Defendant(s).

Case No.: 2:18-cv-02294-RFB-NJK

**ORDER**

This case was removed from state court. It appears that Defendant answered in state court, *see, e.g.*, Docket No. 6 at 2, but has not filed a copy of that pleading on the docket in this case as is required, *see, e.g.*, 28 U.S.C. § 1446(a). No later than January 25, 2019, Defendant shall file a notice in this Court attaching a copy of its answer.[1]

In addition, no later than January 25, 2019, the parties shall file a proposed discovery plan in accordance with Local Rule 26-1.

IT IS SO ORDERED.

Dated: January 14, 2019

                                              Nancy J. Koppe
                                              United States Magistrate Judge

---

[1] To the extent there are additional filings from state court that have not been filed on the docket in this case, those additional filings shall also be attached.

1